[No. 28465-1-II. Division Two. February 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK JOSEPH KINCHLER III, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 01-1-00103-4, Kenneth D. Williams, J., entered February 26, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Armstrong, JJ.

[No. 29555-5-II. Division Two. February 24, 2004.]

PAUL TRAVIS, ET AL., *Appellants*, v. THERAPEUTIC ASSOCIATES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-2-01244-2, David E. Foscue, J., entered September 19, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 29808-2-II. Division Two. February 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LEE REED, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00096-7, James B. Sawyer II, J., entered December 19, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 29984-4-II. Division Two. February 24, 2004.]

CASEY L. NELSON, *Respondent*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-12864-4, Sergio Armijo, J., entered February 18, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.